IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0588

STATE OF MONTANA,

 Plaintiff and Appellee,

v.

RYAN PATRICK SULLIVAN,

 Defendant and Appellant.

**ORDER**

 Appellant's motion to consolidate is GRANTED.  It is hereby

ORDERED that DA 22-0093 be consolidated with DA 20-0588 and DA

21-0182 for the purposes of appeal under Cause No. DA 20-0588.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 2 2022